IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTWON D. JENKINS,

    Defendant.                                   Case No. 12-cr-30239-DRH

## ORDER

**HERNDON, Chief Judge:**

    This matter comes before the Court for purposes of case management. Defendant Jenkins' case was recently reassigned to the undersigned. At the time of reassignment, this case was given a trial setting of December 9, 2013. The Court now **RESETS** this matter for a trial setting of **December 2, 2013, at 9:00 a.m.**

    Further, the Court takes this opportunity to memorialize the speedy trial findings in this case thus far. On July 19, 2013, Jenkins moved to continue his trial setting of August 20, 2013 (Doc. 107). Jenkins indicated a need for additional time to prepare an adequate defense in light of his counsel's recent appointment and recently received discovery materials. A minute entry entered on July 22, 2013, grants the continuance, stating it serves the ends of justice and outweighs the best interests of the public and defendant in a speedy trial (Doc. 111). Thereafter, a separate minute entry reset this case for a trial setting of

December 10, 2013 (Doc. 112). Taken in combination, the minute entries clearly demonstrate the Court's intent to find that the ends of justice were served by continuing the case to provide defense counsel necessary additional time to prepare a proper defense in light of his recent appointment to the case. This need outweighed the interests of the public and the defendant in a speedy trial. Further, a failure to grant such a continuance would result in a manifest miscarriage of justice. Therefore, the time from the filing of the defendant's motion, July 19, 2013, until the trial was initially reset for December 10, 2013, shall be excluded for speedy trial purposes

**IT IS SO ORDERED.**

Signed this 21st day of August, 2013.

Digitally signed by
David R. Herndon
Date: 2013.08.21
15:19:44 -05'00'

**Chief Judge**
**United States District Court**