IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                      No. 12-30239-DRH

ANTWON D. JENKINS,

Defendant.

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is letter the Court received from Antwon Jenkins, *pro se*, which the Court construes as supplement to his previously filed motion for motion for new trial (Doc. 251). On August 11, 2014, the Court struck Jenkins' motion for new trial as untimely (Doc. 249). Based on the reasons stated in that Order, the Court **STRIKES** the supplement.

**IT IS SO ORDERED.**

Signed this 20th day of August, 2014.

Digitally signed by David R. Herndon
Date: 2014.08.20 12:35:53 -05'00'

Chief Judge
United States District Court