IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEVON M. JENKINS,

Defendant.                                    No. 12-CR-30239-DRH-3

## MEMORANDUM & ORDER

**HERNDON, District Judge:**

This matter comes before the Court for case management. On January 2, 2018, defendant Jevon Jenkins' filed a *pro se* motion for a program transfer within the Bureau of Prisons (BOP) (Doc. 339). However, the Clerk's office inadvertently filed the motion as pertaining to Jevon Jenkins' co-defendant, Antwon Jenkins.[1] The clerical error has since been resolved, and the Court will now address the motion as to defendant Jevon Jenkins.

Looking now to the motion, Jevon Jenkins requests a transfer within the BOP to a facility that offers either a Culinary Arts or Cosmetology program. However, upon his conviction in this Court, Jenkins was committed to the custody of the Attorney General for designation to a place of confinement within

---

[1] Antwon Jenkins is represented by counsel, as his case is currently on appeal with the Supreme Court of the United States. The Court's original order striking the motion as to Antwon Jenkins (Doc. 340) noted that he has no right to file a *pro se* motion in any court while counsel represents him. See *Hayes v. Hawes*, 921 F.2d 100, 101-02 (7th Cir. 1990). Further, the Court noted that if it did rule on the motion, it would deny the motion as the Court does not have authority or discretion to direct the operations of the BOP.

the BOP. The BOP designates the place of the prisoner's imprisonment, and any order, recommendation, or request by a sentencing court has no binding effect on the authority of the BOP. The BOP has the sole authority to determine inmate placement.

Given that the Court does not have authority or discretion to direct the operations of the BOP, defendant's *pro se* motion for a program transfer within the BOP (Doc. 339) is **DENIED**. Further, the Court **DIRECTS** the Clerk to mail a copy of this order to defendant Jevon Jenkins.

**IT IS SO ORDERED.**

Judge Herndon
2018.01.23
14:15:51 -06'00'

**United States District Judge**